NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIBURON LOCKERS, INC., et al., Plaintiffs, v. FLETCHER, et al., Defendants. | Civil Action No. 15-6970 **ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Steven C. Mannion to grant in part and deny in part the cross-motions to enforce a settlement agreement by both the Plaintiffs Tiburon Lockers, Inc. and Tiburon Management, LLC and the Defendants Reuben J. Fletcher, Benethan, LLC, Nicholle Palacios, and Christopher Hentschel. (ECF No. 92). The deadline to file objections to Judge Mannion's Report and Recommendation was February 14, 2019. No objections have been filed. The Court has considered the background and history of this case along with Judge Mannion's Report and Recommendation, and for substantially the same reasons stated therein:

IT IS on this __5__ day of September 2019

**ORDERED** that this Court adopts Judge Mannion's February 1, 2019 Report and Recommendation that the parties' cross-motions to enforce a settlement agreement be granted in part and denied in part; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** the file in this matter.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.